986 A.2d 680

IN THE MATTER OF MARIA M. DIAS, AN ATTORNEY AT LAW.

January 27, 2010.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 09–246, concluding that **MARIA M. DIAS** of **ELIZABETH,** who was admitted to the bar of this State in 1998, should be reprimanded for violating RPC 1.15(a) (negligent misappropriation of trust funds), *RPC* 1.15(d) (recordkeeping deficiencies), and *RPC* 8.1(b) (failing to timely cooperate with ethics investigation);

And the Disciplinary Review Board having further concluded that respondent should be required to submit quarterly reconciliations of her attorney trust account to the Office of Attorney Ethics for a period of two years or until she closes her attorney accounts;

And good cause appearing;

It is ORDERED that **MARIA M. DIAS** is hereby reprimanded; and it is further

ORDERED that respondent shall submit to the Office of Attorney Ethics quarterly reconciliations of her attorney accounts for a

period of two years or until she closes out her attorney accounts and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.